as may be necessary, and enter judgment in accordance with this memorandum. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

NEW YORK RAPID TRANSIT CORPORATION, Respondent, v. BRONX INVESTMENT COMPANY, Appellant, Impleaded with Another, Defendant. (Action No. 1.) — Order affirmed, with ten dollars costs and disbursements. We hold that the complaint states a cause of action against the appellant, and, for the purposes of this motion, that its allegations support the respondent's contention that the after-acquired property clauses in the mortgages of the Brooklyn Union Elevated Railroad Company and the Kings County Elevated Railroad Company do not affect the plaintiff's title to the piece of real estate involved in this action. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

NEW YORK RAPID TRANSIT CORPORATION, Respondent, v. BRONX INVESTMENT COMPANY, Appellant, Impleaded with Another, Defendant. (Action No. 2.) — Order affirmed, with ten dollars costs and disbursements, on the authority of *New York Rapid Transit Corporation* v. *Bronx Investment Co., No. 1 (ante, p. 767),* decided herewith. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

JAMES HARVEY NICHOLLS and Another, Appellants, v. HERMAN STEFFANS, Respondent.— Order directing receiver to return policy of life insurance to judgment debtor reversed on the law and the facts, with ten dollars costs and disbursements, and defendant's motion denied. Order denying motion for reargument and resettlement of order by inserting affidavit of the attorney for the receiver reversed on the law and the facts, and motion granted. Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ., concur. Settle order on notice.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES B. HANLAN, Appellant.— Judgment of conviction of the County Court of Queens county unanimously affirmed. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Lazansky, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES B. HANLAN, Appellant.— Order of the County Court of Queens county denying motion for new trial on the ground of newly-discovered evidence unanimously affirmed. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Lazansky, JJ.

SAMUEL RIKOON, Respondent, v. K. & F. CONSTRUCTION CO., INC., Defendant, Impleaded with NEW YORK INDEMNITY COMPANY, Appellant.— Order granting plaintiff's motion for judgment on the pleadings modified on the law and facts by providing that the defendant indemnity company be given leave to serve an amended answer within ten days, and as so modified affirmed, without costs. Defendant indemnity company was not precluded from defending this action by the default of the contractor, and may attack the validity and the amount of the lien. (*Aeschlimann* v. *Presbyterian Hospital,* 165 N. Y. 296.) The denials by the defendant are insufficient. Defendant should have been given leave to amend. Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ., concur.

HELEN G. RUSSELL, Respondent, v. PAUL RECKER, Appellant.— Judgment and order affirmed, with costs. No opinion. Kelly, P. J., Jaycox, Young and Kapper, JJ., concur; Lazansky, J., dissents.

MARTHA C. SEARS, Respondent, v. EMILIE J. HETFIELD and Another, as Executors, etc., of LOUIS PHILIPPE MENDHAM, Deceased, Appellants.— Order denying motion on reargument for leave to serve an amended answer reversed on the law and the facts, with ten dollars costs and disbursements, and motion